# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMIAH ANDERSON

NO. 2021 KW 0405

**JULY 6, 2021**

---

In Re:   Jeremiah Anderson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1902128.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

> **WRC**
> **AHP**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT